

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2021

No. 04-20-00361-CV

Rogelio **DE HOYOS**, Dianaly De Hoyos, San Juanita Garcia, RDH Cattle Co., RDH Site
Concrete Company and all other Occupants,
Appellants

v.

Jose Luis **CRUZ**, Individually and as the Independent Administrator of the Estate of Enedina
Cruz,
Appellee

From the County Court, Brooks County, Texas
Trial Court No. 20-01217-CV
The Honorable Eric Ramos, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

The appellant has filed a motion requesting an extension of time to file a motion for
rehearing. The motion for extension of time is GRANTED. The appellant's motion for rehearing
is due on or before **January 10, 2022**.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 10th day of December, 2021.

_____
Michael A. Cruz,
Clerk of Court